UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH GOODMAN, DEREK RUNION and IAK FLORIDA BUILDERS, LLC, as successor trustee to Kathy Kellum, as Trustee of the Reel Estate Trust

    Plaintiffs,

v.                              Case No: 2:12-cv-654-FtM-38UAM

THE CITY OF CAPE CORAL,

    Defendant.
_____/

## ORDER

This matter comes before the Court on the Defendant, City of Cape Coral's Motion to Dismiss (Doc. #16) filed on April 12, 2013. On June 20, 2013, the Court granted the Plaintiff leave to file an amended complaint. (Doc. # 25). On June 21, 2013, all Plaintiffs filed their Second Amended Complaint (Doc. # 27). Therefore, the Motion to Dismiss is now moot.

Accordingly, it is now

**ORDERED:**

The Defendant, City of Cape Coral's Motion to Dismiss (Doc. #16) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of June, 2013.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record